NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDAL C. BRENDEL,                        )
                                          )
      Appellant,                     )
                                          )
v.                                        )    Case No. 2D18-3253
                                          )
STATE OF FLORIDA,                         )
                                          )
      Appellee.                      )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
DeSoto County; Don T. Hall,
Judge.

Randal C. Brendel, pro se.


PER CURIAM.


      Affirmed.


MORRIS, LUCAS, and BADALAMENTI, JJ., Concur.